# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gloria Ramirez,<br><br>          Plaintiff,<br><br>v.<br><br>Fitness Alliance LLC,<br><br>          Defendant. | No. CV-12-2598-PHX-DKD<br><br><br><br>**ORDER** |

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. 24), and good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned matter is dismissed with prejudice, each party to bear its own costs and attorney's fees.

Dated this 5th day of February, 2014.

_____
David K. Duncan
United States Magistrate Judge